1114

No. 00–905. ALBERS ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–922. BARROW v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–926. GARDNER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 00–935. CONTE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–954. JOHNSON v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 00–956. GEALER v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–970. LORENZO-PEREZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–6137. HART v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–6264. MALDONADO-RAMIREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6400. LEAR v. COWAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–6486. MYNARCIK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6522. BYRNE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6544. CEPERO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–6639. KUENZEL v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 00–6800. CHANDLER v. RAYTHEON EMPLOYEES DISABILITIES TRUST ET AL. C. A. 1st Cir. Certiorari denied.

No. 00–6911. HYDE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.